UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re

Della Purifoy,

    Debtor.

Case No. 17−31606
Chapter 13

## ORDER OF DISMISSAL

    A notice of dismissal was issued in this case informing the debtor that this case may be dismissed without further notice pursuant to L.B.R. 1017−1, Bankr. M.D. Ala. or L.B.R. 1006−1, Bankr. M.D. Ala. The deficiencies listed on the notice of dismissal have not been cured nor has a response been filed. It is therefore,

    **ORDERED** that this case is **DISMISSED**.

    All pending motions and objections are terminated with this order. If this case is reinstated, any such motions may be refiled without an additional filing fee. Any unpaid filing fees remain due and payable to the clerk of court. Failure to pay the filing fee may result in additional collection proceedings.

Dated August 7, 2018

Bess M. Parrish Creswell
United States Bankruptcy Judge

# CERTIFICATE OF NOTICE

District/off: 1127-2          User: kcopeland          Page 1 of 1          Date Rcvd: Aug 07, 2018
                              Form ID: odsmneg         Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2018.
```
db           #+Della Purifoy,    3680 Sandtown Road,    Millbrook, AL 36054-3536
3850116      +13/7, LLC,    PO BOX 1931,    Burlingame CA 94011-1931
3781130      #+A & S Properties,    P.O. Box 70453,    Montgomery, AL 36107-0453
3843131      +BRUCE TRIPPE MD,    c/o HOLLOWAY CREDIT SOLUTIONS, LLC,    PO BOX 230609,
               MONTGOMERY, AL 36123-0609
3781131      +Credit Acceptance,    25505 W Twelve Mile,    Suite 3000,    Southfield, MI 48034-8331
3864252       Directv, LLC,    by American InfoSource LP as agent,    PO Box 5008,
               Carol Stream, IL  60197-5008
3781133     ++GUARDIAN CREDIT UNION,    1789 CONGRESSMAN W L DICKNSON DR,    MONTGOMERY AL 36109-2601
             (address filed with court:  Guardian Credit Union,    P.O. Box 3199,    Montgomery, AL 36109)
3793160      +GUARDIAN CREDIT UNION,    1028 LAGOON BUSINESS LOOP,    MONTGOMERY, AL 36117-8617
3843132      +JACKSON HOSPITAL,    c/o HOLLOWAY CREDIT SOLUTIONS, LLC,    PO BOX 230609,
               MONTGOMERY, AL 36123-0609
3781135      +Plaza Services,    110 Hammonds Drive Suite 110,    Atlanta, GA 30328-4806
3781137      +Stern Rec Svcs,    415 N. Edgeworth Street,    Greensboro, NC 27401-2182
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
3865841       EDI: AIS.COM Aug 08 2018 00:53:00      AT&T CORP,    by American InfoSource LP as agent,
               PO Box 4457,    Houston, TX  77210-4457
3781132      +E-mail/Text: bknotice@ercbpo.com Aug 07 2018 21:23:49      ERC,    PO BOX 57547,
               Jacksonville, FL 32241-7547
3781134      +EDI: CBS7AVE Aug 08 2018 00:53:00      Midnight Velvet,    1112 7th Ave.,    Monroe, WI 53566-1364
3781136      +E-mail/Text: Supportservices@receivablesperformance.com Aug 07 2018 21:24:30      Rcvl Per Mng,
               20816 44th Avenue West,    Lynnwood, WA 98036-7744
3781138       Fax: 912-629-1539 Aug 07 2018 22:14:03      Title Bucks,    2224 E. South Blvd.,
               Montgomery, AL 36116
3788614       Fax: 912-629-1539 Aug 07 2018 22:14:03      TitleMax of Alabama, Inc. d/b/a TitleMax,
               15 Bull Street, Suite 200,    Savannah, GA 31401
3883362       EDI: ECMC.COM Aug 08 2018 00:53:00      US Department of Education,    PO Box 16448,
               St. Paul, MN 55116-0448
                                                                                              TOTAL: 7
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2018 at the address(es) listed below:
```
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Sabrina L. McKinney    trustees_office@ch13mdal.com
              Stephen L. Klimjack    on behalf of Debtor Della  Purifoy ecfonlymd@gmail.com,
               pleadings@klimjack.com;r47290@notify.bestcase.com
                                                                                             TOTAL: 3
```